of the summons herein, and the judgment entered herein on October 21, 1896, and all the proceedings taken thereon," is affirmed, with costs.

In re HALL'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. July 29, 1897.) In the matter of the judicial settlement of the accounts of Silas C. Hall as administrator of the estate of Sophia Hall, deceased. No opinion. Decree of the surrogate's court of Cattaraugus county affirmed, with costs. See 38 N. Y. Supp. 1135.

HAMILTON, Respondent, v. HOWE et al., Appellants. (City Court of New York, General Term. July 15, 1897.) Action by Emily L. Hamilton against William F. Howe and another. David May, for appellants. Gilbert E. Carroll, for respondent.

McCARTHY, J. This was, indeed, a question of fact, and after an earnest contest was decided by the jury for the plaintiff. We cannot interfere. There are no errors. Judgment affirmed, with costs.

HANFORD v. STRYKER. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Mary E. Hanford against Henry A. Stryker. No opinion. Order reversed, with $10 costs and disbursements; injunction vacated, and motion for injunction denied, with $10 costs.

HARRELL v. BONFILS IMP. CO. (Supreme Court, Appellate Division, First Department. June 25, 1897.) Action by Claudius E. Harrell against the Bonfils Improvement Company. No opinion. Motion granted upon payment of $10 costs. See 45 N. Y. Supp. 227.

HARRIS v. ELLIOTT et al. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by Richard Duncon Harris against George Elliott and George L. Elliott, executors, and others. No opinion. Motion denied, with $10 costs. See 45 N. Y. Supp. 916.

HARTUNG, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Charles W. Hartung against the New York Central & Hudson River Railroad Company. No opinion. Order affirmed, with costs.

In re HATCH et al. (Supreme Court, Appellate Division, First Department. June 18, 1897.) In the matter of Alfrederick Hatch and others. No opinion. Motion denied.

In re HAVELL. (Supreme Court, Appellate Division, First Department. June 18, 1897.) In the matter of Marian E. Havell. P. S. Dean, for appellant. J. M. Perry, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HAYDEN & CROUCH CO., Respondent, v. GENESEE PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by the Hayden & Crouch Company against the Genesee Paper Company. No opinion. Judgment and order affirmed, with costs.

HELLER, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. July 29, 1897.) Action by Valentine Heller against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs. All concur, except GREEN and WARD, JJ., dissenting.

HIGGINS v. MAYOR OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by J. J. Higgins against the mayor of the city of New York. No opinion. Motion denied, with $10 costs.

HODGSON, Respondent, v. NATIONAL ACC. SOC. OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 29, 1897.) Action by Robert M. Hodgson against the National Accident Society of the City of New York. No opinion. Judgment of the county court of Monroe county modified so as to reduce the recovery to the sum of $40, and interest thereon from June 1, 1896, and by striking therefrom the costs of the county court, and, as so modified, the judgment is affirmed, without costs to either party in this court.

HOFFMAN, Respondent, v. PRESIDENT, ETC., OF DELAWARE & H. CANAL CO., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Helen J. Hoffman against the president, managers, and company of the Delaware & Hudson Canal Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to court of appeals denied. See 44 N. Y. Supp. 949.

HOLCOMB, Respondent, v. PACKARD, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Willis W. Holcomb against Orestes C. Packard. No opinion. Judgment affirmed, with costs.

HOUGHTALING, Appellant, v. VILLAGE OF WALTON, Respondent. (Supreme Court, Appellate Division, Third Department. July 6, 1897.) Action by Melissa Houghtaling against the village of Walton. No opinion. Judgment affirmed, with costs. All concur, except LANDON and MERWIN, JJ., dissenting.

HUBER, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Bernard Huber against the city of